STATE OF CONNECTICUT *v.* EDWARD GILCHRIST

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 104, is denied.

*Suzanne Zitser,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided July 23, 1991

EDNA MASARJIAN *v.* ALBERT MASARJIAN

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 803, is denied.

*Raymond T. Connor,* in support of the petition.

*Lynne D. Jackson,* in opposition.

Decided July 23, 1991

STATE OF CONNECTICUT *v.* LILLIAN A. LOUGHLIN

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 806, is denied.

*Vincent P. McCarthy,* in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided July 23, 1991

DITCHKUS REAL ESTATE COMPANY *v.* DIRCK A. STORM

The plaintiff's petition for certification for appeal from the Appellate Court, 25 Conn. App. 51, is denied.

*Cynthia C. Bott,* in support of the petition.

*Thomas B. Lynch,* in opposition.

Decided July 25, 1991